**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SAN FERNANDO VALLEY DIVISION**

| | | |
|---|---|---|
| In re:    D & F Roofing Company | § § § | Case No. 1:20-bk-10717-VK |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

  Amy L. Goldman, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

  1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report.  The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law.  The trustee hereby requests to be discharged from further duties as a trustee.

  2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $1,000.00 | Assets Exempt: | N/A |
| *(without deducting any secured claims)* | | | |
| Total Distribution to Claimants: | $9,531.08 | Claims Discharged Without Payment: | N/A |
| Total Expenses of Administration: | $7,468.92 | | |

  3) Total gross receipts of $17,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $17,000.00 from liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY CLAIMS |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 7,543.67 | 7,468.92 | 7,468.92 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 1,623.63 | 1,623.63 | 1,623.63 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 192,313.17 | 192,106.24 | 192,106.24 | 7,907.45 |
| **TOTAL DISBURSEMENTS** | **$192,313.17** | **$201,273.54** | **$201,198.79** | **$17,000.00** |

4) This case was originally filed under Chapter 7 on 03/28/2020. The case was pending for 22 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 12/11/2021    By: /s/ Amy L. Goldman
                                                    Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 - GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Dodge Ram 3500 | 1129-000 | 17,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$17,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 - FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRANS. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | |

### EXHIBIT 3 - SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | N/A | | | |

### EXHIBIT 4 - CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Amy L. Goldman, Chapter 7 Trustee | 2100-000 | N/A | 2,450.00 | 2,450.00 | 2,450.00 |
| Amy L. Goldman | 2200-000 | N/A | 10.05 | 10.05 | 10.05 |
| Karl T. Anderson CPA, Inc. | 3410-000 | N/A | 3,860.00 | 3,860.00 | 3,860.00 |
| Karl T. Anderson CPA, Inc. | 3420-000 | N/A | 208.44 | 133.69 | 133.69 |
| INTERNATIONAL SURETIES | 2300-000 | N/A | 11.48 | 11.48 | 11.48 |
| Signature Bank | 2600-000 | N/A | 203.70 | 203.70 | 203.70 |
| Franchise Tax Board (ADMINISTRATIVE) | 2820-000 | N/A | 800.00 | 800.00 | 800.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES and CHARGES** | | **N/A** | **$7,543.67** | **$7,468.92** | **$7,468.92** |

### EXHIBIT 5 - PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

**UST Form 101-7-TDR (10/1/2010)**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES and CHARGES** | | | | | |

### EXHIBIT 6 - PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 00001A | FRANCHISE TAX BOARD, BANKRUPTCY SECTION MS A340 | 5800-000 | 0.00 | 1,623.63 | 1,623.63 | 1,623.63 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | **$0.00** | **$1,623.63** | **$1,623.63** | **$1,623.63** |

### EXHIBIT 7 - GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 00001 | FRANCHISE TAX BOARD, BANKRUPTCY SECTION MS A340 | 7100-000 | 0.00 | 250.00 | 250.00 | 10.29 |
| 00002 | State Compensation Insurance Fund | 7100-000 | 191,856.24 | 191,856.24 | 191,856.24 | 7,897.16 |
| NOTFILED | JP Morgan Chase | 7100-000 | 456.93 | 0.00 | 0.00 | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | **$192,313.17** | **$192,106.24** | **$192,106.24** | **$7,907.45** |

**UST Form 101-7-TDR (10/1/2010)**

FORM 1  
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT  
ASSET CASES

Exhibit 8

Page: 1

| Case Number: | 20-10717 VK | Trustee: | Amy L. Goldman |
|---|---|---|---|
| Case Name: | D & F Roofing Company | Filed (f) or Converted (c): | 03/28/20 (f) |
| | | §341(a) Meeting Date: | 05/08/20 |
| Period Ending: | 12/11/21 | Claims Bar Date: | 09/01/20 |

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | JP Morgan Chase (negative -$500) 8628<br><br>THIS ASSET HAS NO VALUE TO THE ESTATE.  WILL ABANDON AT CLOSING. | 0.00 | 0.00 | | 0.00 | FA |
| 2 | Office furniture, fixtures, and equipment; and collectibles Debtor answered yes to owning or leasing these assets, but did not list any.  Left blank.<br><br>THIS ASSET HAS NO VALUE TO THE ESTATE.  WILL ABANDON AT CLOSING. | 0.00 | 0.00 | | 0.00 | FA |
| 3 | 2 Dewalt compressors<br><br>THIS ASSET HAS NO VALUE TO THE ESTATE.  WILL ABANDON AT CLOSING. | 1,000.00 | 0.00 | | 0.00 | FA |
| 4 | Dodge Ram 3500<br><br>LIQUIDATED | 26,995.00 | 20,000.00 | | 17,000.00 | FA |
| **TOTALS** (Excluding Unknown Values) | | **$27,995.00** | **$20,000.00** | | **$17,000.00** | **$0.00** |

**Major activities affecting case closing:**  
CASE CLOSING ---

ANNUAL REPORT PERIOD 1/1/2021 TO PRESENT  
Final estate tax returns have been prepared and filed.  Now filing the Notice to Professionals and Request for Court Costs to move forward with closing the case.  Final Fee Application has been filed by the Accountant.  Trustee's Final Report was filed with the court on September 2, 2021 and a hearing was set for October 7, 2021.  The Judge reduced the accountant's fees by $74.75.  The Order of Distribution was entered on October 12, 2021 and final distributions were made.  The bank account has reached a zero balance and now preparing the Trustee's Distribution Report for OUST approval and filing wilth the court for case closure.

ANNUAL REPORT PERIOD 3/28/2020 TO 12/31/2020  
The telephonic 341(a) Meeting of Creditors was continued to allow time to receive either the debtor's proposal to purchase the estate's interest in the Dodge Ram 3500 or sell the vehicle.  In the interim, the Trustee received photos of the vehicle and proof of insurance.  The Debtor decided to surrender the vehicle to the Trustee and not purchase the estate's interest.  However, due to the President of the United States declaring a national emergency in response to the outbreak of COVID-19 and a lock down by Governor of the State of California, and to minimize the risk of exposure to COVID-19, the Debtor under the direction of the Trustee liquidated the vehicle at fair market value to a family member based on the Carmax appraisal using contactless curbside service since at that time, it was very difficult to find anyone interested in inspecting the vehicle and it was sold for $17,000.  The Trustee has received the $17,000.

There are no other assets to administer.  Now contacting an accountant to prepare the final estate tax returns.

GENERAL:  
This case was commenced by the filing of a Voluntary Petition for relief under Chapter 7 of Title 11 of the United States Code on March 28, 2020 and Amy Goldman was appointed the Chapter 7 Trustee.   The initial 341(a) Meeting of Creditors was scheduled for May 8, 2020 and was concluded on June 12, 2020.

**FORM 1**     Exhibit 8
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**     Page: 2

The only asset is the estate's interest in the Dodge Ram 3500.

PROFESSIONALS:
The Trustee employed Karl T. Anderson CPA, Inc. as Accountants.  The Order approving employment was entered on February 5, 2021 [Doc 16].  Accountant will be paid from the estate at the conclusion of the case pursuant to court approval.  The court did not approve $74.75 in expenses.

CLAIMS:
Deadline for filing claims:  9/1/2020
Deadline for filing claims: (govt.): 9/24/20
All claims have been reviewed.  No objections necessary.

TAXES:
Final estate tax returns have been prepared and filed with the governmental agencies.

ADMIN. STATUS:
Chapter 7 Voluntary Petition filed on March 28, 2020 [Doc 1]
Initial 341(a) Meeting of Creditors was scheduled for May 8, 2020 [Doc 2]
Notice of Assets field on May 29, 2020 [Doc 10]
The 341(a) Meeting of Creditors was held and concluded on June 12, 2020 [Doc 12]
Received payment of $17,000 for vehicle's non-exempt funds
There are no other assets to administer. Claims reviewed
Employed Accountant per Order dated February 5, 2021 [Doc 16]
Final Estate Tax Return prepared and filed
Trustee's Report of Sale filed on February 26, 2021 [Doc 18]
Notice to Professionals filed on June 15, 2021 [Doc 19]
Request for Court Costs filed on June 15, 2021 [Doc 20]
Final Fee Application filed by Accountant on July 21, 2021 [Doc 22]
Trustee's Final Report filed with the court on September 2, 2021 [Doc 24]
TFR Hearing set for October 7, 2021 [Doc 25]
Order approving TFR entered on October 12, 2021 [Doc 29]
All checks have cleared and the bank has reached a zero balance
Now preparing the Trustee's Distribution Report.

INSURANCE:
Harco National Insurance Co.
Policy No. RMC0013379

**Initial Projected Date of Final Report (TFR):**  December 31, 2021     **Current Projected Date of Final Report (TFR):**  July 22, 2021 (Actual)

    December 11, 2021                                    /s/ Amy L. Goldman
            Date                                                     Amy L. Goldman

Exhibit 9

# Form 2
## Cash Receipts and Disbursements Record

Page: 1

| **Case Number:** | 20-10717 VK | | **Trustee:** | Amy L. Goldman |
| **Case Name:** | D & F Roofing Company | | **Bank Name:** | Signature Bank |
| | | | **Account:** | ******1300 - Checking Account |
| **Taxpayer ID#:** | **-***4099 | | **Blanket Bond:** | $5,000,000.00 (per case limit) |
| **Period Ending:** | 12/11/21 | | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>Check or<br>Ref. # | 3<br>Paid To / Received From | 4<br>Description of Transaction | 5<br>Uniform<br>Tran. Code | 6<br>Receipts<br>$ | 7<br>Disbursements<br>$ | Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 06/12/20 | Asset #4 | OFFICIAL CHECK | TURNOVER OF NON-EXEMPT FUNDS | 1129-000 | 17,000.00 | | 17,000.00 |
| 06/30/20 | | Signature Bank | Bank and Technology Services Fee under 11 U.S.C. §330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 13.59 | 16,986.41 |
| 07/31/20 | | Signature Bank | Bank and Technology Services Fee under 11 U.S.C. §330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 26.25 | 16,960.16 |
| 08/31/20 | | Signature Bank | Bank and Technology Services Fee under 11 U.S.C. §330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 28.01 | 16,932.15 |
| 09/30/20 | | Signature Bank | Bank and Technology Services Fee under 11 U.S.C. §330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 27.06 | 16,905.09 |
| 11/02/20 | | Signature Bank | Bank and Technology Services Fee under 11 U.S.C. §330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 27.02 | 16,878.07 |
| 11/30/20 | | Signature Bank | Bank and Technology Services Fee under 11 U.S.C. §330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 27.88 | 16,850.19 |
| 12/31/20 | | Signature Bank | Bank and Technology Services Fee under 11 U.S.C. §330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 27.83 | 16,822.36 |
| 01/19/21 | 1001 | INTERNATIONAL SURETIES | LBR 2016-2(c)<br>BLANKET BOND #016229731<br>01/04/21 TO 01/04/22 | 2300-000 | | 11.48 | 16,810.88 |
| 01/29/21 | | Signature Bank | Bank and Technology Services Fee under 11 U.S.C. §330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 26.06 | 16,784.82 |

Exhibit 9

# Form 2
## Cash Receipts and Disbursements Record

Page: 2

| Case Number: | 20-10717 VK | | Trustee: | Amy L. Goldman |
| --- | --- | --- | --- | --- |
| Case Name: | D & F Roofing Company | | Bank Name: | Signature Bank |
| | | | Account: | ******1300 - Checking Account |
| Taxpayer ID#: | **-***4099 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 12/11/21 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 10/14/21 | 1002 | Amy L. Goldman, Chapter 7 Trustee | PER ORDER DATED 10/12/21 TRUSTEE EXPENSES | 2100-000 | | 2,450.00 | 14,334.82 |
| 10/14/21 | 1003 | Amy L. Goldman | PER ORDER DATED 10/12/21 TRUSTEE FEES | 2200-000 | | 10.05 | 14,324.77 |
| 10/14/21 | 1004 | Karl T. Anderson CPA, Inc. | PER ORDER DATED 10/12/21 ACCOUNTANT FOR TRUSTEE FEES | 3410-000 | | 3,860.00 | 10,464.77 |
| 10/14/21 | 1005 | Karl T. Anderson CPA, Inc. | PER ORDER DATED 10/12/21 ACCOUNTANT FOR TRUSTEE EXPENSES | 3420-000 | | 133.69 | 10,331.08 |
| 10/14/21 | 1006 | Franchise Tax Board (ADMINISTRATIVE) | PER ORDER DATED 10/12/21 Dividend of 100.000000000%, Claim No.00003. | 2820-000 | | 800.00 | 9,531.08 |
| 10/14/21 | 1007 | FRANCHISE TAX BOARD, BANKRUPTCY SECTION MS A340 | PER ORDER DATED 10/12/21 Dividend of 100.000000000%, Claim No.00001A. | 5800-000 | | 1,623.63 | 7,907.45 |
| 10/14/21 | 1008 | FRANCHISE TAX BOARD, BANKRUPTCY SECTION MS A340 | PER ORDER DATED 10/12/21 Dividend of 4.116185919%, Claim No.00001. | 7100-000 | | 10.29 | 7,897.16 |

Exhibit 9

# Form 2
## Cash Receipts and Disbursements Record

Page: 3

| | | |
|---|---|---|
| **Case Number:** | 20-10717 VK | |
| **Case Name:** | D & F Roofing Company | |
| **Taxpayer ID#:** | **-***4099 | |
| **Period Ending:** | 12/11/21 | |

| | |
|---|---|
| **Trustee:** | Amy L. Goldman |
| **Bank Name:** | Signature Bank |
| **Account:** | ******1300 - Checking Account |
| **Blanket Bond:** | $5,000,000.00 (per case limit) |
| **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 10/14/21 | 1009 | State Compensation Insurance Fund | PER ORDER DATED 10/12/21 Dividend of 4.116185919%, Claim No.00002. | 7100-000 | | 7,897.16 | 0.00 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | | 17,000.00 | 17,000.00 | $0.00 |
| Less: Bank Transfers | | 0.00 | 0.00 | |
| **Subtotal** | | 17,000.00 | 17,000.00 | |
| Less: Payment to Debtors | | | 0.00 | |
| **NET Receipts / Disbursements** | | **$17,000.00** | **$17,000.00** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ******1300** | 17,000.00 | 17,000.00 | 0.00 |
| | $17,000.00 | $17,000.00 | $0.00 |